

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-415-CV

IN RE EDDIE EDINGTON                                              RELATOR

------------

### ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

Relator Eddie Edington seeks a writ of mandamus to compel the trial court judge to vacate the order recusing Judge Hagler. An order granting a motion to recuse is not reviewable. Tex. R. Civ. P. 18a(f); *Dist. Judges of Collin County v. Comm'rs Court of Collin County*, 677 S.W.2d 743, 745 (Tex. App.—Dallas 1984, writ ref'd n.r.e.). Accordingly, the petition for writ of mandamus is dismissed for want of jurisdiction.

PER CURIAM

PANEL: LIVINGSTON, J.; CAYCE, C.J.; and GARDNER, J.

DELIVERED: November 26, 2008

---

[1] *See* Tex. R. App. P. 47.4.